# First District Court of Appeal
## State of Florida

_____

No. 1D2023-0252
_____

Ingo Krieg,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Baker County.
James M. Colaw, Judge.

January 26, 2024

Per Curiam.

Affirmed.

Osterhaus, C.J., and Lewis and Tanenbaum, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rick A. Sichta and Susanne K. Sichta of The Sichta Firm, LLC, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.